## Carter Coal Company v. Anchor Block Coal Company.

(Decided April 28, 1931.)

EDW. C. O'REAR, ALLEN PREWITT, and J. D. TUGGLE for appellant.

H. H. OWENS for appellee.

OPINION PER CURIAM overruling motion for appeal and affirming.

Judgment is for less than $500, and motion for an appeal. The contract of appellee to pay the involved taxes is construed to be prospective in its language, and the evidence introduced, if it could be considered by this court (but which it cannot, since there is no bill of exceptions incorporating it), does not show to the contrary, but rather confirms that construction.

Motion for appeal is therefore overruled and the judgment is affirmed.